AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content Above 0.08% (Class B Misdemeanor).

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 6 Months Imprisonment
$5,000 Fine
$10 Special Assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED 2010 JAN -8 P 2:14 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT

---- DEFENDANT - U.S ----

▶ MICHAEL A. PAULICANO

DISTRICT COURT NUMBER

CR 10 0022 MAG

E-filing

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  ACADIA L. SENESE

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 10 0022 MAG |
|---|---|
| Plaintiff, | ) VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the |
| v. | ) Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) |
| MICHAEL ANGELO PAULICANO, | ) - Operating a Motor Vehicle With a Blood or Breath Alcohol Percentage of 0.08% or |
| Defendant. | ) more (Class B Misdemeanor) |
| | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about December 2, 2009, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

MICHAEL ANGELO PAULICANO,

was operating and in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

INFORMATION

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood or Breath Percentage of 0.08%.

On or about December 2, 2009, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

MICHAEL ANGELO PAULICANO,

was operating and in actual physical control of a motor vehicle with a blood alcohol concentration greater than 0.08%, in violation of Title 36, Code of Federal Regulations, 36 C.F.R. § 1004.23(a)(2), a Class B Misdemeanor.

DATED: 1/7/10

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG LOWDER
Chief, Major Crimes Section

(Approved as to form: 
ACADIA L. SENESE
Special Assistant United States Attorney

INFORMATION