1   BARRY J. PORTMAN
    Federal Public Defender
2   GEOFFREY A. HANSEN
    Assistant Federal Public Defender
3   19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant PAULICANO
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      No. CR-10 - 022 EDL
                                       )
12              Plaintiff,             )      **STIPULATION AND [PROPOSED]**
                                       )      **ORDER TO CONTINUE SENTENCING**
13  vs.                                )      **DATE**
                                       )
14  MICHAEL PAULICANO,                 )      Date:   May 04, 2010
                                       )      Time:   11:00 a.m.
15              Defendant.             )      Court:  The Honorable Elizabeth D. Laporte
    _____)

16

17

        Because the defendant's counsel will be unavailable at the time originally set for this
18
    matter, the parties hereby agree to move the sentencing from May 4, 2010 to June 15, 2010 at
19
    11:00 a.m.
20

21
    **IT IS SO STIPULATED**.
22
    Date: March 31, 2010                         _____/s/_____
23                                               Geoffrey A. Hansen
                                                 Counsel for Defendant Paulicano
24

25  Date: March 31, 2010                         _____/s/_____
                                                 Acadia Senese
26                                               Assistant United States Attorney

    CR-10 - 022 EDL Stip to Continue Sentencing        1

1

2

3                            **[PROPOSED]** **ORDER**

4          GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the

5    aforementioned matter set for May 04, 2010, is vacated.  The sentencing date shall be continued

6    to June 15, 2010 at 11:00 a.m.

7    IT IS SO ORDERED.

8

9    Date:

10                                           

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CR-10 - 022 EDL Stip to Continue Sentencing              2